No. 00–7752. WESLEY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7753. WICKS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7759. McCLURE *v.* HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–7761. ROBERTS *v.* SABINE STATE BANK & TRUST CO. C. A. 5th Cir. Certiorari denied.

No. 00–7763. FRANK *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–7768. HANSEN *v.* CROSBY ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7769. HIGH *v.* HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–7777. GREEN *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–7779. SWENDRA *v.* SOARES, WARDEN, ET AL. C. A. 10th Cir. Certiorari. denied.

No. 00–7782. RAIOLO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–7783. REYNOLDS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–7785. SANABRIA *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 00–7787. WILLIAMS *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7789. SHOUGH *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 00–7794. TOM *v.* NORTHWEST AIRLINES, INC. C. A. 4th Cir. Certiorari denied.